```
 1   MARK SEGAL, CHARTERED
     MARK SEGAL, ESQUIRE
 2   Nevada Bar #01963
     720 South Fourth Street, Ste. 301              E-FILED DECEMBER 9, 2008
 3   Las Vegas, Nevada 89101
     702-382-5212
 4   702-382-6063
     Attorneys for DEBTORS
 5   marksegal@lvcoxmail.com

 6

 7
                          UNITED STATES BANKRUPTCY COURT
 8
                                 DISTRICT OF NEVADA
 9
     In re:                              )
10                                       )      BK-S 08-22776 LBR
     MARIELLE B. ZENAROSA,         .     )
11                                       )      Chapter 7
                                         )
12   SS#:   0993                         )
                                         )      Hearing Date: N/A
13                                       )      Hearing Time: N/A
                   Debtor.               )
14   _____)

15                            AMENDMENT COVER SHEET

16        Amendment(s) to the following are transmitted herewith.  Check all that apply.

17   ( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P.9011)

18   ( )   Summary of Schedules

19   ( )   Schedule A - Real Property

20   ( )   Schedule B - Personal Property

21   ( )   Schedule C - Property Claimed as Exempt

22   (X)   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

23         ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

24         (X)   Add/change address of already listed creditor, add name/address of attorney for already
                 listed creditor, amend petition, attach new petition on converted case, supply missing
25               document(s) - **no fee**
     * Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of
26   already listed creditor

27   ( )   Schedule G - Schedule of Executory Contracts & Expired Leases

28   ( )   Schedule H - Codebtors
```

( )    Schedule I - Current Income of Individual Debtor(s)

( )    Schedule J - Current Expenditures of Individual Debtor(s)

( )    Declaration Concerning Debtor(s) Schedules

( )    Statement of Financial Affairs

( )    Disclosure of Compensation of Attorney for Debtor(s)

( )    Statement of Intention

( )    Verification of Creditor Matrix/Amended Matrix

**Declaration of Debtor**

I(We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_____
Mark Segal, Esq., Attorney for Debtor

Date: December 5, 2008

**(Revised 4/19/04)**

W:\BK\Zenarosa\AmendPetition.Schedule D.Zenarosa.12.05.08.wpd

In re **Marielle B. Zenarosa**                                           Case No. __08-22776__
                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0030118046** <br><br> **Aurora Loan Services** <br> **c/o Bankruptcy Department** <br> **2617 College Park** <br> **P.O. Box 1706** <br> **Scottsbluff, NE 69363** | | - | 1st Deed of Trust <br><br> Property at: <br> 5110 Esposito Avenue <br> Las Vegas, NV 89141 <br> (Rental property) <br><br> Value $      Unknown | | | | 403,976.46 | Unknown |
| Account No. <br><br> Representing: <br> **Aurora Loan Services** | | | **Cal-Western Reconveyance Corporation** <br> **525 East Main Street** <br> **P.O. Box 22004** <br> **El Cajon, CA 92022** <br><br> Value $ | | | | | |
| Account No. **00426370408801** <br><br> **Chase** <br> **Attn: Home Equity Loan Servicing** <br> **P.O. Box 24714** <br> **Columbus, OH 43224** | | - | 2nd Deed of Trust <br><br> Property at: <br> 5110 Esposito Avenue <br> Las Vegas, NV 89141 <br> (Rental property) <br><br> Value $      Unknown | | | | 119,671.53 | Unknown |
| Account No. **00168-2508** <br><br> **Monterosa Vintage HOA** <br> **c/o Benchmark Association Sys.** <br> **P.O. Box 60998** <br> **Phoenix, AZ 85082** | | - | Property at: <br> 5110 Esposito Avenue <br> Las Vegas, NV 89141 <br> (Rental property) <br><br> Value $      Unknown | | | | 184.72 | Unknown |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 523,832.71 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Marielle B. Zenarosa , Debtor  Case No. __08-22776__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **176-36-613-002**<br><br>**Office of the Clark County Treasurer**<br>**500 S. Grand Central Parkway**<br>**P.O. Box 551220**<br>**Las Vegas, NV 89155** | | - | Tax lien<br><br>Property at:<br>5110 Esposito Avenue<br>Las Vegas, NV 89141<br>(Rental property)<br><br>Value $ **Unknown** | | | | 3,082.52 | Unknown |
| Account No. **176-36-613-002**<br><br>**Office of the Clark County Treasurer**<br>**Southern Highlands District #121**<br>**File 57254**<br>**Los Angeles, CA 90074** | | - | Real property taxes<br><br>Property at:<br>5110 Esposito Avenue<br>Las Vegas, NV 89141<br>(Rental property)<br><br>Value $ **Unknown** | | | | 4,704.97 | Unknown |
| Account No. **48406**<br><br>**Southern Highlands**<br>**11411 Southern Highland Pkwy.**<br>**Suite 120 - 1st Floor**<br>**Las Vegas, NV 89141** | | - | Property at:<br>5110 Esposito Avenue<br>Las Vegas, NV 89141<br>(Rental property)<br><br>Value $ **Unknown** | | | | 325.00 | Unknown |
| Account No. **6800101816**<br><br>**U.S. Bank Home Mortgage**<br>**P.O. Box 20005**<br>**Owensboro, KY 42304** | | - | Deed of Trust<br><br>11777 Bergamo Court<br>Las Vegas, NV 89183<br><br>Value $ **160,000.00** | | | | 263,316.53 | 103,316.53 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) : 271,429.02 | 103,316.53

Total (Report on Summary of Schedules) : 795,261.73 | 103,316.53